IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DAVID GREGORY RIDDLE                                              PLAINTIFF

v.                          No. 3:15-cv-152-DPM-JJV

BRENT DUNCAN, Jail Administrator,
Craighead County Jail; CRAIGHEAD
COUNTY JAIL; and JANE DOE, "Ms. Toni"            DEFENDANTS

ORDER

Unopposed recommendation, № 3, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Riddle's complaint will be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 August 2015