IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DAVID GREGORY RIDDLE                                              PLAINTIFF

v.                          No. 3:15-cv-152-DPM

BRENT DUNCAN, Jail Administrator,
Craighead County Jail; CRAIGHEAD
COUNTY JAIL; and JANE DOE, "Ms. Toni"           DEFENDANTS

## JUDGMENT

Riddle's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

17 August 2015